NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Elizabeth.O.White@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARCELINO VAZQUEZ-FLORES,<br><br>    Defendant. | Case No. 2:15-cr-239-GMN-VCF<br><br>**Government's Motion to Extend Time to File Its Response to Defendant's Motion to Vacate Sentence** |

Certification: This motion is timely.

On September 7, 2016, Vazquez-Flores pleaded guilty to two counts of being an illegal alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)(A), and two counts of distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1), after Vazquez-Flores sold firearms and methamphetamine to undercover officers on three separate occasions in 2015. This Court sentenced Vazquez-Flores to 60 months' imprisonment.

In a motion to vacate sentence, which Vazquez-Flores filed on January 31, 2020, Vazquez-Flores alleges that he is entitled to relief based on the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019). *See* ECF No. 42, at 15. On February 4, 2020,

this Court ordered the government to file a response to Vazquez-Flores's motion by March 20, 2020. ECF No. 43.

After reviewing Vazquez-Flores's motion, undersigned counsel concluded that, to respond to Vazquez-Flores's claim, she needs to review the transcript of Vazquez-Flores's change-of-plea hearing and sentencing hearing. She therefore ordered those transcripts, with the order processed on February 16, 2020.

On March 10, the clerk's office advised the government that the transcribers are working diligently but are running a bit behind schedule. Undersigned counsel therefore respectfully requests an additional 30 days from its current due date, to and including April 19, 2020, to file its response to Vazquez-Flores's motion.

Vazquez-Flores is in BOP custody serving the 60-month sentence the Court imposed, with an anticipated release date of January 27, 2021. Because Vazquez-Flores's motion does not affect the drug conviction in Count 6, for which the Court imposed the statutory minimum 60-month sentence, undersigned counsel believes Vazquez-Flores will not suffer any prejudice from the Court granting the government's requested 30-day extension.

Based on the foregoing, the government respectfully requests an extension to and including April 19, 2020, to file its response to Vazquez-Flores's motion.

Dated this 13th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*s/Elizabeth O. White*
ELIZABTH O. WHITE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2020, I electronically filed the foregoing **Government's Motion to Extend Time to File Response to Defendant's Motion to Vacate Sentence** with the Clerk of the Court by using the CM/ECF system. I also caused a copy of this motion to be sent to the defendant at the following address:

Marcelino Vazquez-Flores
Reg. # 50201-048
FCI McDowell
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

*s/ Elizabeth O. White*
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

     vs.

MARCELINO VAZQUEZ-FLORES,

           Defendant.

Case No.  2:15-cr-239-GMN-VCF

**Order**

Based upon the pending motion of the government, and good cause appearing,

    **IT IS HEREBY ORDERED** that the government shall have until April 19, 2020, to file its response to Defendant Marcelino Vazquez-Flores's Section 2255 motion.

DATED this __16__ day of March, 2020.

 

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4